IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIN HLAING,<br><br>　　　　Defendant. | No. 2:22-CV-0357-DAD-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a civil detainee[1] proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Good cause appearing therefor, the findings and recommendations issued on April 20, 2022, ECF No. 10, are vacated. Plaintiff's application for leave to proceed in forma pauperis will be re-addressed by separate order.

　　　　IT IS SO ORDERED.

Dated: November 15, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] See District Judge's order at ECF No. 18 in Hill v. Allison, et al., case no. 2:22-CV-0718-KJM-EFB-P.

1