1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    CYMEYON HILL,                                No.  2:22-CV-0357-DAD-DMC-P

12                  Plaintiff,

13         v.                                      ORDER

14    MIN HLAING,

15                  Defendant.

16

17              Plaintiff, a civil detainee[1] proceeding pro se, brings this civil rights action pursuant

18    to   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 12, to have this

19    matter transferred to a state court of general jurisdiction.  Plaintiff has cited no authority in

20    support of his motion, which motion is denied as unnecessary.  Plaintiff is free to dismiss this

21    action and re-file in any appropriate state court.

22              IT IS SO ORDERED.

23    Dated:  November 15, 2022

24                                              _____
                                                DENNIS M. COTA
25                                              UNITED STATES MAGISTRATE JUDGE

26

27    _____

28         [1]    See District Judge's order at ECF No. 18 in Hill v. Allison, et al., case no. 2:22-
      CV-0718-KJM-EFB-P.

                                                    1