ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
SOPHIA A. LECKY, State Bar No. 343039
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6513
 Fax:  (916) 761-3641
 E-mail:  Sophia.Lecky@doj.ca.gov
*Attorneys for Defendant*
*Min Min Hlaing, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CYMEYON HILL,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**MIN HLAING,**<br><br>                              Defendant. | Case No. 2:22-cv-00357-DAD-DMC (PC)<br><br>**ORDER** |

   Good cause appearing based on counsel's declaration indicating the need for additional time to review Plaintiff's litigation history and in forma pauperis declaration, Defendant's request for an extension of time is GRANTED.

   1. Defendant may file a responsive pleading or motion addressing Plaintiff's in forma pauperis status on or before April 7, 2023; and

/ / /

/ / /

/ / /

2.  Defendant shall file his responsive pleading within twenty-one days of the final disposition of any motion regarding Plaintiff's IFP status, if necessary.

**IT IS SO ORDERED.**

**Dated: February 27, 2023**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE