UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>MIN HLAING,<br><br>    Defendant. | No. 2:22-cv-00357-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS<br><br>(Doc. Nos. 24, 25) |

    Plaintiff Cymeyon Hill is a civil detainee proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 16, 2023, the assigned magistrate judge issued findings and recommendations recommending that defendant's unopposed motion to dismiss this action (Doc. No. 24) be granted.  (Doc. No. 25.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.* at 5.)  To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on October 16, 2023 (Doc. No. 25) are adopted in full;
2. Defendant's motion to dismiss (Doc. No. 24) is granted;
3. This action is dismissed, without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE